IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| In re § 1031 Exchange Litigation | C/A No.: 8:09-2054-JFA<br><br>**ORDER** |

This matter comes before the court on the motions to dismiss for lack of standing and personal jurisdiction of the individual defendants. (ECF Nos. 48, 50, 51, 52, 53, 54, & 56.) On January 20, 2010, the court issued an order (ECF No. 100) noting that the individual defendants had filed a notice of injunction (ECF No. 89) based on the November 23, 2009 order of the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, confirming the Joint Chapter 11 Plan of LandAmerica Financial Group, Inc. and its Affiliated Debtors (the "Plan"), Chapter 11 Case No. 08-35994-KRH. Based on the bankruptcy court's confirmation of the Plan and its injunction provision, the court stayed this case against the individual defendants for an indefinite period.

In light of the age of the motions and the uncertainty as to when the Plan's injunctive provisions will expire, the court hereby dismisses without prejudice with leave to refile each of the motions to dismiss listed above.

IT IS SO ORDERED.

August 30, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge