## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## ANDERSON DIVISION

| | |
|---|---|
| IN RE: LANDAMERICA 1031 EXCHANGE SERVICES, INC. INTERNAL REVENUE SERVICE § 1031 TAX DEFERRED EXCHANGE LITIGATION | MDL No. 2054 |
| Angela M. Arthur, as Trustee of the Arthur Declaration of Trust, dated December 29, 1988; Vivian R. Hays, an individual; Leapin Eagle, LLC, a limited liability company; Denise J. Wilson, an individual; Gerald R. Terry, an individual, Ann T. Robbins, an individual; and Jane T. Evans, an individual; on their own behalf and on behalf of a class of others similarly situated, | Southern District of California C.A. No. 3:09-cv-00054  District of South Carolina C.A. No.: 8:09-cv-00415 |
| Plaintiffs, | |
| v. | |
| SunTrust Bank; Theodore L. Chandler, Jr.; G. William Evans; Stephen Connor; Ronald B. Ramos; Devon M. Jones; and Brenton J. Allen, | |
| Defendants. | |

**NOTICE OF MOTION AND MOTION FOR ORDER APPROVING CERTIFICATION OF A RULE 23(b)(3) SETTLEMENT CLASS, FOR APPOINTMENT OF CLASS COUNSEL, FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, AND FOR APPROVAL OF FORM AND MANNER OF NOTICE TO THE CLASS**

PLEASE TAKE NOTICE that plaintiffs do hereby move for approval of a Rule 23(b)(3) settlement class; for appointment of Class Representatives and Class Counsel; for preliminary approval of the class settlement of the above-captioned action; and for approval of form and manner of notice to the class. This Motion is made and based on Plaintiffs' Memorandum in

Support of this Motion, the parties' Settlement Agreement dated June 14, 2012, attached as Exhibit A; the proposed form of Notice to the Class attached as Exhibit B; the global mediation Term Sheet attached as Exhibit C; the Order of the Bankruptcy Court granting Relief from the Channeling Injunction, attached as Exhibit D; the Declaration of Cheryl F. Perkins; all other pleadings and matters of record herein; and such other and additional matters as this Court may properly consider.

Respectfully submitted,

s/Cheryl F. Perkins
Cheryl F. Perkins, Fed. ID No. 4969
Charles W. Whetstone, Fed. ID No. 4604
WHETSTONE MYERS PERKINS & FULDA, LLC
601 Devine Street (29201)
Post Office Box 8086
Columbia, South Carolina 29202
(803) 799-9400 Telephone
(803) 799-2017Facsimile
cperkins@attorneyssc.com
cwhetstone@attorneyssc.com

James R. Gilreath, Fed. ID No. 2101
William M. Hogan, Fed. ID No. 6141
THE GILREATH LAW FIRM, P.A.
110 Lavinia Avenue (29601)
Post Office Box 2147
Greenville, South Carolina 29602
(864) 242-4727 Telephone
(864) 232-4395 Facsimile
jim@gilreathlaw.com
bhogan@gilreathlaw.com

Robert L. Brace, CBN 12224
HOLLISTER & BRACE
P.O Box 630
Santa Barbara, California 93102

(805) 963-6711 Telephone
(805) 965-0329 Facsimile
rlbrace@hbsb.com

Thomas G. Foley, Jr. CBN 65812
FOLEY BEZEK BEHLE & CURTIS, LLP
15 West Carillo Street
Santa Barbara, CA 93101
(805) 962-9495 Telephone
(805) 962-0722 Facsimile
tfoley@foleybezek.com

ATTORNEYS FOR PLAINTIFFS

Columbia, South Carolina

June 27, 2012